UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| JANSSEN ORTHO LLC<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES<br><br>    Defendant. | Before: Jennifer Choe-Groves, Judge<br><br>Court No. 13-00052 |

## ORDER

Before the Court is Plaintiff's Consent Motion to Assign Subject Actions and Stay Such Actions.[1]  Pl. Consent Mot. to Assign Subject Actions and Stay Such Actions ("Motion" or Plaintiff's Motion"), ECF No. 21.  Plaintiff has represented to the Court that the Government consents to the requested relief.  Id. at 2.  As this matter was assigned by order of the Chief Judge, ECF No. 23, only the request for a stay remains pending.  Plaintiff asserts that a stay is appropriate to facilitate the mutual and amicable calculation of refunds in light of the Court's opinion in Janssen Ortho LLC v. United States, __ CIT __, 425 F. Supp. 3d 1352 (2020).  Upon consideration of the Motion, and all other papers and proceedings in this action, it is hereby

---

[1] Identical motions were concurrently filed in Janssen Ortho LLC v. United States, Case No. 14-00094, and Janssen Ortho LLC v. United States, Case. No. 14-00198.

      **ORDERED** that the Motion is **GRANTED;**

      **ORDERED** that this case is stayed for a period of 90 days; and it is further

      **ORDERED** that the Parties shall provide a Joint Status Report no later than February 4, 2022.

                                                     /s/ Jennifer Choe-Groves
                                                  Jennifer Choe-Groves, Judge

Dated:    November 5, 2021
        New York, New York