## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| JANSSEN ORTHO LLC,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>      Defendant. | Before:  Jennifer Choe-Groves, Judge<br><br>Court No. 13-00052 |
| JANSSEN ORTHO LLC,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>      Defendant. | Before:  Jennifer Choe-Groves, Judge<br><br>Court No. 13-00296 |
| JANSSEN ORTHO LLC,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>      Defendant. | Before:  Jennifer Choe-Groves, Judge<br><br>Court No. 14-00094 |

|  |  |
|---|---|
| **JANSSEN ORTHO LLC,**<br><br>　　　Plaintiff,<br><br>v.<br><br>**UNITED STATES.**<br><br>　　　Defendant. | **Before:　Jennifer Choe-Groves, Judge**<br><br>**Court No. 14-00198** |

# ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time and Status Report ("Consent Motion"), Court No. 13-00052, ECF No. 42; Court No. 13-00296, ECF No. 300; Court No. 14-00094, ECF No. 38; and Court No. 14-00198, ECF No. 35, and all other papers and proceedings in this action, it is hereby

**ORDERED** that the Consent Motion, Court No. 13-00052, ECF No. 42; Court No. 13-00296, ECF No. 300; Court No. 14-00094, ECF No. 38; and Court No. 14-00198, ECF No. 35, is granted; and it is further

**ORDERED** that, should the Parties be unable to resolve Court Numbers 13-00052; 13-00296; 14-00094; and 14-00198, Plaintiff shall file its Complaint in Court Number 13-00052 no later than October 17, 2022; and it is further

**ORDERED** that the Parties shall provide a Status Report on their efforts to resolve these matters and whether they agree to attempt mediation no later than October 17, 2022.

                                                  /s/ Jennifer Choe-Groves  
                                                  Jennifer Choe-Groves, Judge

Dated:  September 1, 2022  
        New York, New York